# Court of Appeals
# of the State of Georgia

ATLANTA,___November 23, 2015___

*The Court of Appeals hereby passes the following order:*

**A16A0433. JAMES FOSSELMAN v. THE STATE .**

In 2008, a jury convicted James Fosselman of aggravated sexual battery, child molestation and sexual battery. We affirmed his convictions and sentences on direct appeal after the trial court denied his motion for new trial. *Fosselman v. State*, 306 Ga. App. 84 (701 SE2d 559) (2010). Fosselman later filed an extraordinary motion for a new trial, which the trial court denied on June 4, 2015. Fosselman then filed a notice of appeal to this Court. We lack jurisdiction.

An order denying an extraordinary motion for a new trial must be appealed by application for discretionary appeal. OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Thus, Fosselman is not entitled to a direct appeal from the order he challenges, and this direct appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office,*
*Atlanta,_____11/23/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*